IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID L. STONE, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>BAXTER INTERNATIONAL, INC., a )<br>Delaware Corporation; BAXTER )<br>HEALTHCARE CORPORATION, a )<br>Delaware Corporation; HAKAM )<br>ASAAD, M.D.; DOUGLAS WELSH, )<br>M.D.; ALEC AKBAROV, M.D.; DAVID )<br>A. DUDLEY, M.D.; DONALD BELL, )<br>M.D.; and FAITH REGIONAL HEALTH )<br>SERVICES, a Nebraska Non-Profit )<br>Corporation, )<br>)<br>   Defendants. ) | CASE NO. 4:08-cv-03201-LSC-FG3<br><br><br>ORDER ON JOINT MOTION TO<br>POSTPONE RULE 26F CONFERENCE |

This matter comes before the Court upon the joint motion of the defendants Baxter International, Inc. and Baxter Healthcare Corporation and the plaintiff requesting that the Rule 26(f) planning report deadline be postponed until such time as the Court has ruled on the defendants' pending motion to stay this matter. The Court finds that the motion should be and is hereby granted, and a new reporting deadline will be set, if necessary, by further order.

    DATED October 27, 2008.

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        United States Magistrate Judge