A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Feb 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 03, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: HEPARIN PRODUCTS
LIABILITY LITIGATION
    David L. Stone v. Baxter International, Inc., et al.,  )
        D. Nebraska, C.A. No. 4:08-3201                       )      MDL No. 1953

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Stone*) on October 22, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Stone* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Ft. Myers, Florida, on January 29, 2009. The Panel has now been advised that *Stone* was remanded to the District Court of Madison County, Nebraska, by the Honorable Laurie Smith Camp in an order filed on January 30, 2009.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-8" filed on October 22, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel